AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Diana Morgan, as Administratrix of the Estate of Tyrone Wilson, and on behalf of the Wrongful Death Beneficiary of Tyrone Wilson<br><br>*Plaintiff(s)*<br>v.<br>HINDS COUNTY, MISSISSIPPI; QCHC OF MISSISSIPPI, LLC f/k/a QCHC of MISSISSIPPI, INC.; AND JOHN DOES AND JANE DOES 1–100<br><br>*Defendant(s)* | Civil Action No. 3:26-cv-91-KHJ-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Hinds County, Mississippi
Eddie Jean Carr
Clerk of Hinds County Board of Supervisors and Chancery Court
316 South President Street
Jackson, MS 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LaToya T. Jeter, Esq.
Brown Bass & Jeter, PLLC
P.O Box 22969
Jackson, MS 39225

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

*C. Overy*
*Signature of Clerk or Deputy Clerk*

Date: 02/09/2026

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-91-KHJ-MTP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eddie Jean Carr, Clerk of Hinds Co. Board of Supervisors
was received by me on *(date)* 02/09/2026.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Eddie Jean Carr, who is designated by law to accept service of process on behalf of *(name of organization)* Hinds County, Mississippi on *(date)* 02/11/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 100.00 for travel and $ _____ for services, for a total of $ 100.00.

I declare under penalty of perjury that this information is true.

Date: 02/12/2026

*Server's signature*

Dewayne Wooten

*Printed name and title*

300 w south st jxn ms 39293

*Server's address*

Additional information regarding attempted service, etc: