**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DIANA MORGAN** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:26-cv-91-KHJ-MTP**

**HINDS COUNTY, MISSISSIPPI, ET AL.** **DEFENDANTS**

# ORDER

THIS MATTER is before the Court on Defendant Sheriff Tyree Jones's Motion to Stay Proceedings [60]. On August 21, 2026, Sheriff Jones filed a Motion for Judgment on the Pleadings [58] arguing, *inter alia*, that he is entitled to qualified immunity. Sheriff Jones also filed the instant Motion to Stay Proceedings [60]. Rule 16(b)(3)(B) of the Local Uniform Civil Rules provides as follows:

> Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion and whether to permit any portion of the case to proceed pending resolution of the motion are decisions committed to the discretion of the court, upon a motion by any party seeking relief.

L.U. Civ. R. 16(b)(3)(B).

IT IS, THEREFORE, ORDERED that Defendant Sheriff Tyree Jones's Motion to Stay Proceedings [60] is GRANTED, all discovery and disclosure requirements are stayed pursuant to the Local Rules, and all deadlines set forth in the Case Management Order [24] and Order [52] are suspended.

IT IS FURTHER ORDERED that counsel for Plaintiff shall promptly notify the Magistrate Judge of a decision on the Motion for Judgment on the Pleadings [58] and shall submit a proposed order lifting the stay within seven (7) days of the ruling, if appropriate.

SO ORDERED this the 24th day of August, 2026.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE